UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>TYLER NEWTON CLARK,<br><br>  Defendant. | Case No. 2:23-cr-00052-JAD-BNW-1<br><br>**ORDER**<br><br><br>**ECF No. 19** |

Based on the parties' stipulation, IT IS ORDERED that the revocation hearing currently scheduled for Thursday, June 22, 2023 at 10:00 a.m., be vacated and continued to July 31, 2023, at 11:00 a.m.

DATED this 16th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE