UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TYLER NEWTON CLARK,<br><br>　　　　　Defendant. | Case No. 2:23-cr-00052-JAD-BNW-1<br><br>**ORDER**<br><br>ECF No. 23 |

　　Based on the parties' stipulation, IT IS ORDERED that the revocation hearing currently scheduled for Monday, July 31, 2023 at 11:00 a.m., be vacated and continued to November 6, 2023, at 10:00 a.m.

　　DATED this 13th day of July, 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE