# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

TYLER NEWTON CLARK,

        Defendant.

Case No. 2:23-cr-00052-JAD-BNW-1

**ORDER**

ECF No. 25

      Based on the parties' stipulation, IT IS ORDERED that the revocation hearing currently scheduled for November 6, 2023 at 10:00 a.m., be vacated and continued to December 18, 2023, at 3:00 p.m.

      DATED this 1st day of November, 2023.

 

_____

UNITED STATES DISTRICT JUDGE